UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

      v.                                       Case No. 25-30673

D-1 Mohmed Ali
D-2 Majed Mahmoud              Violations:
D-3 Ayob Nasser,                  18 U.S.C. § 924(h)
                                                    18 U.S.C. § 2339B(a)(1)

          Defendants.
_____/

## NOTICE OF INTENT TO USE FOREIGN INTELLIGENCE SURVEILLANCE ACT INFORMATION

The United States of America hereby provides notice to Defendants D-1 Mohmed Ali, D-2 Majed Mahmoud and D-3 Ayob Nasser and to the Court that, pursuant to 50 U.S.C. § 1806(c), the United States intends to offer into evidence, or otherwise use or disclose in any proceedings in this matter, information obtained or derived from electronic surveillance conducted pursuant to the Foreign Intelligence Surveillance Act of 1978, as amended, 50 U.S.C. §§ 1801–1812.

WHEREFORE, the United States respectfully requests that the Defendants, D-1 Mohmed Ali, D-2 Majed Mahmoud and D-3 Ayob Nasser, and the Court take notice of the above.

                                            Respectfully submitted,

                                            JEROME F. GORGON JR.
                                            United States Attorney

                                            s/*Hank Moon*
                                            Hank Moon
                                            Erin L. Ramamurthy
                                            United States Attorneys
                                            211 W. Fort Street, Suite 2001
                                            Detroit, MI  48226
                                            (313) 226-9100
                                            Hank.Moon@usdoj.gov

Date: November 6, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2025, I filed the foregoing Notice using the Court's CM/ECF system, which will send notices to all registered parties.

s/*Douglas C. Salzenstein*
Assistant U.S. Attorney
