|  | AUSA: Hank Moon | Telephone: (313) 226-9100 |
|---|---|---|
| AO 442 (Rev. 11/11) Arrest Warrant | Special Agent: Nicholas Czech | Telephone: (313) 965-2323 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
   v.

Case No. 25-mj-30673

D-3 Ayob Nasser

FILED USDC - CLRK DET
2025 NOV 6 PM 2:03

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Ayob Nasser,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 924(h) - Receiving and transferring, and attempting and conspiring to transfer, firearms and ammunition knowing and having reasonable cause to believe that the firearms and ammunition would be used to commit a Federal crime of terrorism; and
18 U.S.C. § 2339B(a)(1) - Conspiracy to provide material support and resources to a designated foreign terrorist organization.

Date: November 5, 2025

*Issuing officer's signature*

City and state: Detroit, Michigan

Hon. David R. Grand, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 11/5/2025, and the person was arrested on *(date)* 11/5/2025
at *(city and state)* DEARBORN, MI.

Date: 11/6/2025

*Arresting officer's signature*

SPECIAL AGENT ALEX KURIAN
*Printed name and title*

Distribution: Original Court - 1copy U.S. Marshal - 2 copies USA